# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENO FUENTES RIOS,<br><br>  Petitioner,<br><br>  v.<br><br>WARDEN OF CSP-CORCORAN,<br><br>  Respondent. | Case No. 1:11-cv-00667-EPG-HC<br><br>ORDER FOLLOWING REMAND FROM THE NINTH CIRCUIT COURT OF APPEALS<br><br>ORDER GRANTING PETITIONER LEAVE TO AMEND THE PETITION AND ASSERT CLAIMS UNDER 42 U.S.C. § 1983<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PETITIONER APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

Pursuant to the mandate of the United States Court of Appeals for the Ninth Circuit in the case of Reno Fuentes Rios v. Warden of CSP-Corcoran, Case No. 11-16570, the judgment of the district court was vacated and this case was remanded with instructions that Petitioner should be afforded leave to amend his petition to assert claims under 42 U.S.C. § 1983. (ECF Nos. 18, 19). The fee for § 1983 civil rights cases is $400 ($350 filing fee plus $50 administrative fee), and under the Prisoner Litigation Reform Act, the prisoner is required to pay it by way of deductions from income to the prisoner's trust account, even if granted *in forma pauperis* status. See 28 U.S.C. § 1915(b)(1).

///

///

Accordingly, the Court HEREBY ORDERS that:

1. Petitioner is GRANTED **SIXTY (60) days** from the date of service of this order in which to assert claims under 42 U.S.C. § 1983;
2. If Petitioner elects to proceed with a civil rights action pursuant to 42 U.S.C. § 1983, Petitioner shall submit an application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $400 filing fee for the civil rights action; and
3. The Clerk's Office is DIRECTED to send Petitioner an application to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:   **September 26, 2016**             /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE