# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENO FUENTES RIOS, <br><br> Petitioner, <br><br> v. <br><br> WARDEN OF CSP-CORCORAN, <br><br> Respondent. | Case No. 1:11-cv-00667-EPG-HC <br><br> ORDER DIRECTING CLERK'S OFFICE TO RE-SERVE ORDER (ECF No. 21) AND SEND PETITIONER APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND CIVIL RIGHTS COMPLAINT FORM <br><br> ORDER GRANTING PETITIONER LEAVE TO AMEND THE PETITION AND ASSERT CLAIMS UNDER 42 U.S.C. § 1983 <br><br> ORDER DIRECTING PETITIONER TO FILE UPDATED ADDRESS |

Pursuant to the mandate of the United States Court of Appeals for the Ninth Circuit in the case of Reno Fuentes Rios v. Warden of CSP-Corcoran, Case No. 11-16570, the judgment of the district court was vacated and this case was remanded with instructions that Petitioner should be afforded leave to amend his petition to assert claims under 42 U.S.C. § 1983. (ECF Nos. 18, 19). On September 26, 2016, the Court issued an order granting Petitioner leave to amend the petition and assert claims under § 1983 within sixty days of the date of service of the order. (ECF No. 21). The order was electronically served on Petitioner's counsel. Subsequently, on September 28, 2016, the Ninth Circuit granted counsel's motion to withdraw. (ECF No. 23). On November 18, 2016, the Clerk's Office updated Petitioner's address to California State Prison, Sacramento.[1]

---

[1] This address change was set forth in an order filed in Rios v. Tilton, No. 2:07-cv-0790-KJN.

According to the California Department of Corrections and Rehabilitation's online inmate locator, Petitioner is currently held at Folsom State Prison.

As of this date, Petitioner has failed to amend the petition to assert claims under § 1983. It appears Petitioner may not have received the Court's order following remand. Accordingly, in an abundance of caution, IT IS HEREBY ORDERED that:

1. The Clerk's Office is DIRECTED to serve this order, to re-serve the order following remand (ECF No. 21), and to send Petitioner an application to proceed *in forma pauperis* and a civil rights complaint form at the following addresses:

   CSP-SAC
   P.O. Box 290066
   Represa, CA 95671

   Folsom State Prison
   P.O. Box 715071
   Represa, CA 95671

2. Petitioner is GRANTED SIXTY (60) days from the date of service of this order in which to assert claims under 42 U.S.C. § 1983;

3. If Petitioner elects to proceed with a civil rights action pursuant to 42 U.S.C. § 1983, Petitioner shall submit an application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $400.00 filing fee for the civil rights action; and

4. Petitioner shall file his updated address with the Court within THIRTY (30) days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **December 12, 2016**          /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE

2