# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENO FUENTES RIOS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN OF CSP-CORCORAN,<br><br>　　　　Respondent. | Case No. 1:11-cv-00667-EPG<br><br>ORDER DIRECTING CLERK OF COURT TO CONVERT CASE TO CIVIL RIGHTS ACTION PURSUANT TO 42 U.S.C. § 1983 |

　　　　Pursuant to the mandate of the United States Court of Appeals for the Ninth Circuit, the judgment of the district court was vacated and this case was remanded with instructions that Petitioner should be afforded leave to amend his petition to assert claims under 42 U.S.C. § 1983. (ECF Nos. 18, 19). On February 13, 2017, the Court received Petitioner's complaint asserting claims under § 1983. (ECF No. 31).

　　　　Accordingly, the Clerk of Court is DIRECTED to convert the instant case to a civil rights action pursuant to 42 U.S.C. § 1983.

IT IS SO ORDERED.

　　Dated:　**February 21, 2017**　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28